In re:                                                                    Case No. 14-01753-HWV
Allen Lee Lake                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: JGoodling        Page 1 of 1        Date Rcvd: Jun 11, 2018
                            Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db              +Allen Lee Lake,    2306 Magnolia Terrace,    Harrisburg, PA 17110-9308
                DFAS-DGG-CL,    Attention: Payroll Department,    Garnishment Operations,    P O Box 998 002,
                Cleveland OH 44199-8002
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Allen Lee Lake DorieMott@aol.com,
          KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Joshua I Goldman   on behalf of Creditor   PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, LLC, ITS
          SERVICING AGENT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kara Katherine Gendron   on behalf of Debtor 1 Allen Lee Lake karagendronecf@gmail.com,
          doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          Leslie J Rase    on behalf of Creditor   PennyMac Loan Services, LLC pabk@logs.com,
          lerase@logs.com
          Leslie J Rase    on behalf of Creditor   PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, LLC, ITS
          SERVICING AGENT pabk@logs.com,   lerase@logs.com
          Thomas I Puleo    on behalf of Creditor   PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :    **CHAPTER 13**
**ALLEN LEE LAKE**              :
                                :    **CASE NO. 1:14-bk-01753**
                                :
                                :
Debtor(s)                       :

## ORDER

      Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

Dated:  June 11, 2018                By the Court,

 

_____

Henry W. Van Eck, Bankruptcy Judge (LS)