```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 14-01753-HWV
Allen Lee Lake                                                           Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: JGoodling              Page 1 of 2               Date Rcvd: Jul 11, 2018
                               Form ID: 3180W              Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
```
db             +Allen Lee Lake,    2306 Magnolia Terrace,    Harrisburg, PA 17110-9308
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,    Suite 500,    Atlanta, GA 30305-1636
4476217         BUREAU OF ACCOUNT MGMT,    3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
4476219         CITIFINANCIAL AUTO/SANTANDER CONSUMER,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,
                 DALLAS, TX 75356-0284
4476221        +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
4476224         MERCANTILE ADJUSTMENT BUREAU,    PO BOX 9054,    BUFFALO, NY 14231-9054
4513996        +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #300,    MOORPARK, CA 93021-2602
4476226         PENNYMAC MORTGAGE CO, LLC,    PO BOX 514387,    LOS ANGELES, CA 90051-4387
4476227        +PHELAN HALLINAN LLP,    ONE PENN CTR PLAZA,    1617 JFK BLVD  STE 1400,
                 PHILADELPHIA PA 19103-1814
4476229        +REGINA WILLIAMS,    2445 RUDY ROAD,    HARRISBURG, PA 17104-2133
4476231        +TORRES CREDIT SERVICES,    27 FAIRVIEW ST,    PO BOX 189,    CARLISLE, PA 17013-0189
4476232       ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                 (address filed with court: UGI CORP,    225 MORGANTOWN RD,    READING, PA 19611)
4476233        +UNEMPLOYMENT COMP OVERPAYMENT MATTERS,    DEPT OF LABOR AND INDUSTRY,    OFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4476234        +UNEMPLOYMENT COMP TAX MATTERS,    HARRISBURG CASES - OFF OF CHIEF COUNSEL,
                 DEPT OF LABOR & INDUSTRY,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: peritus@ebn.phinsolutions.com Jul 11 2018 19:05:41      Peritus Portfolio Services,
                 po box 141419,    Irving, TX  75014
4476215         EDI: AFNIRECOVERY.COM Jul 11 2018 23:03:00      AFNI INC,    404 BROCK DRIVE,    PO BOX 3097,
                 BLOOMINGTON, IL 61702-3097
4476216         EDI: AIS.COM Jul 11 2018 23:03:00      AMERICAN INFOSOURCE LP As Agent,    PO BO 4457,
                 HOUSTON, TX 77210-4457
4485613         EDI: AIS.COM Jul 11 2018 23:03:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4482365         EDI: AIS.COM Jul 11 2018 23:03:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
4476218        +E-mail/Text: dehartstaff@pamd13trustee.com Jul 11 2018 19:05:30      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4476220         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2018 19:05:14      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4476222         EDI: IRS.COM Jul 11 2018 23:03:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4476225        +EDI: MID8.COM Jul 11 2018 23:03:00      MIDLAND FUNDING LLC,    8875 AERO DRIVE SUITE 200,
                 SAN DIEGO, CA 92123-2255
4688592        +EDI: AISACG.COM Jul 11 2018 23:03:00      NCEP, LLC,    c/o Ascension Capital Group,
                 PO Box 165028,    Irving, TX 75016-5028
4672340        +EDI: AISACG.COM Jul 11 2018 23:03:00      NCEP, LLC by AIS Data Services, LP as agent,
                 PO Box 165028,    Irving, TX 75016,    NCEP, LLC by AIS Data Services, LP as ag,    PO Box 165028,
                 Irving, TX 75016-5028
4672339        +EDI: AISACG.COM Jul 11 2018 23:03:00      NCEP, LLC by AIS Data Services, LP as agent,
                 PO Box 165028,    Irving, TX 75016-5028
4476228        +E-mail/Text: bankruptcynotices@psecu.com Jul 11 2018 19:05:33      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4546637         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2018 19:05:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
4699009         E-mail/Text: peritus@ebn.phinsolutions.com Jul 11 2018 19:05:41
                 Peritus Portfolio Services II, Assignee for NCEP,    POBox 141419,    Irving TX 75014-1419,
                 Peritus Portfolio Services II, Assignee,    POBox 141419,    Irving TX 75014-1419
4699008         E-mail/Text: peritus@ebn.phinsolutions.com Jul 11 2018 19:05:41
                 Peritus Portfolio Services II, Assignee for NCEP,    POBox 141419,    Irving TX 75014-1419
4476230         EDI: DRIV.COM Jul 11 2018 23:03:00      SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,
                 PO BOX 560284,    DALLAS, TX 75356-0284
4485915        +EDI: DRIV.COM Jul 11 2018 23:03:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
4501313        +EDI: DRIV.COM Jul 11 2018 23:03:00      Santander Consumer USA, Inc.,
                 P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4476235        +EDI: VERIZONCOMB.COM Jul 11 2018 23:03:00      VERIZON BANKRUPTCY DEPT,
                 500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4482096         PENNYMAC LOAN SERVICES, LLC,    c/o Aldridge Connors, LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,    Suite 500
```

```
District/off: 0314-1           User: JGoodling            Page 2 of 2            Date Rcvd: Jul 11, 2018
                               Form ID: 3180W             Total Noticed: 34
```

```
cr*           +NCEP, LLC,   c/o Ascension Capital Group,   PO Box 165028,    Irving, TX 75016-5028
cr*           +NCEP, LLC by AIS Data Services, LP as agent,    PO BOX 165028,    Irving, TX 75016-5028
cr*           +Santander Consumer USA, Inc.,    PO Box 560284,    Dallas, TX 75356-0284
4476223*       IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4491185*      +Santander Consumer USA,    Po Box 560284,   Dallas, TX 75356-0284
                                                                             TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Allen Lee Lake DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor   PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, LLC, ITS
               SERVICING AGENT bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Allen Lee Lake karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Leslie J Rase    on behalf of Creditor   PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              Leslie J Rase    on behalf of Creditor   PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, LLC, ITS
               SERVICING AGENT pabk@logs.com,  lerase@logs.com
              Thomas I Puleo    on behalf of Creditor   PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Allen Lee Lake** | Social Security number or ITIN **xxx–xx–8709** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:14–bk–01753–HWV** | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Allen Lee Lake

**By the court:**

*[signature]*

July 11, 2018

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**