```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 14-01753-HWV
Allen Lee Lake                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 1             Date Rcvd: Aug 06, 2018
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db             +Allen Lee Lake,    2306 Magnolia Terrace,    Harrisburg, PA 17110-9308
               +Jon Owens,   1611 Elm Street,   New Cumberland PA 17070-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Allen Lee Lake DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, LLC, ITS
               SERVICING AGENT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Allen Lee Lake karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Leslie J Rase    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              Leslie J Rase    on behalf of Creditor    PENNYMAC CORP., BY PENNYMAC LOAN SERVICES, LLC, ITS
               SERVICING AGENT pabk@logs.com, lerase@logs.com
              Thomas I Puleo    on behalf of Creditor    PennyMac Loan Services, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALLEN LEE LAKE, | : | |
|    Debtor | : | CASE NO. 1:14-bk-01753 |
| | : | |
| ALLEN LEE LAKE, | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| JON W OWENS, | : | |
|    Respondent | : | |

### ORDER

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, it is hereby

ORDERED that the relief prayed for in the Motion is granted and the judgment of JON W OWENS in the approximate amount of $507.94 entered in Dauphin County against Alan Lake at docket number # 2005 NT 1835 is avoided; it is further

ORDERED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

Dated: August 06, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (KB)